# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YANA G. ARUTYUNYAN, et al : | |
| : | |
| Plaintiffs, : | |
| v.  : | Case No. 13-CV-00344-(Erie) |
| : | |
| ABERCROMBIE & FITCH STORES, : | |
| INC. : | |
| : | |
| Defendant. : | |

## MOTION FOR ADMISSION PRO HAC VICE OF NATALIE M. MCLAUGHLIN

Natalie M. McLaughlin, undersigned counsel for Defendant Abercrombie & Fitch Stores, Inc. ("A&F"), hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for A&F pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Natalie M. McLaughlin filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

s/Natalie M. McLaughlin
Natalie M. McLaughlin (OH #0082203)
52 East Gay Street
Columbus, Ohio 43215
(614) 464-5452
(614) 719-5252 – facsimile
nmmclaughlin@vorys.com

                                                Melissa McCoy Gormly (Pa. I.D. 93663)
                                                Foster Plaza XI, Third Floor
                                                790 Holiday Drive
                                                Pittsburgh, Pennsylvania 15220
                                                (412) 921-2864
                                                (412) 922-5639 – facsimile
                                                mmgormly@vorys.com

                                                Attorneys for Defendant Abercrombie & Fitch Stores, Inc.

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

                                       s/Natalie M. McLaughlin
                                       Natalie M. McLaughlin

3/19/2014 18909126