## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YANA G. ARUTYUNYAN, et al : | |
| : | |
| Plaintiffs, : | |
| v.  : | Case No. 13-CV-00344-(Erie) |
| : | |
| ABERCROMBIE & FITCH STORES, : | |
| INC. : | |
| : | |
| Defendant. : | |

### MOTION FOR ADMISSION PRO HAC VICE OF MARK A. KNUEVE

Mark A. Knueve, undersigned counsel for Defendant Abercrombie & Fitch Stores, Inc. ("A&F"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for A&F pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Mark A. Knueve filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

s/Mark A. Knueve
Mark A. Knueve (OH #0067074)
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6387
(614) 719-4808 – facsimile
maknueve@vorys.com

Melissa McCoy Gormly (Pa. I.D. 93663)
Foster Plaza XI, Third Floor
790 Holiday Drive
Pittsburgh, Pennsylvania 15220
(412) 921-2864
(412) 922-5639 – facsimile
mmgormly@vorys.com

Attorneys for Defendant Abercrombie & Fitch Stores, Inc.

3

## CERTIFICATE OF SERVICE

    I hereby certify that on March 19, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

                        s/Mark A. Knueve
                        Mark A. Knueve