UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
EASTERN DIVISION

| | |
|---|---|
| YANA ARUTYUNYAN, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:13-CV-00344 SPB |
| ) | |
| ) | Chief Judge Conti |
| v. ) | |
| ) | Magistrate Judge Baxter |
| ABERCROMBIE & FITCH STORES, INC.,) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT MOTION TO
## APPROVE THE PARTIES' SETTLEMENT AGREEMENT

**THIS CAUSE** coming now before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement, and the Court having reviewed the motion and the file in this cause, having noted the agreement of the parties and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the parties' settlement is hereby **APPROVED**. It is further ordered that this action is **DISMISSED WITH PREJUDICE** as to the Plaintiffs, and without prejudice as to the putative members of the collective action asserted in Plaintiffs' complaint.

**IT IS SO ORDERED.**

Dated: July 9, 2014

/s/ Joy Flowers Conti
Judge